Katherine Strong (AK Bar No. 1105033)
Brook Brisson (AK Bar No. 0905013)
Valerie Brown (AK Bar No. 9712099)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
kstrong@trustees.org
bbrisson@trustees.org
vbrown@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, THE WILDERNESS SOCIETY, NATIONAL AUDUBON SOCIETY, WILDERNESS WATCH, CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, NATIONAL WILDLIFE REFUGE ASSOCIATION, ALASKA WILDERNESS LEAGUE, and SIERRA CLUB<br><br>       Plaintiffs,<br><br>   v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of the Interior, U.S. DEPARTMENT OF THE INTERIOR, and U.S. FISH AND WILDLIFE SERVICE,<br><br>       Defendants. | Case No. 3:18-cv-00029-TMB<br><br>**NOTICE OF RELATED CASE**<br>**(Local Civil Rule 40.2)** |

  Pursuant to Local Civil Rule 40.2, Friends of Alaska National Wildlife Refuges, *et al.*, provide notice of a related case:

*Agdaagux Tribe of King Cove, Native Village of Belkofski, King Cove Corporation, Aleutians East Borough, City of King Cove, Etta Kuzakin, and Leff Kenezuroff v. Sally Jewell, Secretary of the Department of Interior; Kevin Washburn, Assistant Secretary for Indian Affairs; Rachel Jacobson, Acting Assistant Secretary for Fish Wildlife and Parks; Dan Ashe, Director, United States Fish and Wildlife Service; Geoff Haskett, Regional Director, United States Fish and Wildlife Service; and Doug Damberg, Manager, Izembek National Wildlife Refuge*, Case No. 3:14-cv-0110-HRH, U.S. District Court for the District of Alaska, filed on June 4, 2014.

The previous case and the present action both involve a land exchange to build a road through the Izembek National Wildlife Refuge. *See* Local Rule 40.2(b)(2). The previous case was dismissed on August 11, 2017.

Respectfully submitted this 31st of January, 2018,

                                              /s/ K.Strong
                                              Katherine Strong (AK Bar No. 1105033)
                                              Brook Brisson (AK Bar No. 0905013)
                                              Valerie Brown (AK Bar No. 9712099)
                                              TRUSTEES FOR ALASKA

                                              *Attorneys for Plaintiffs*

Notice of Related Case                                                                               Page 2 of 3
*Friends of Alaska National Wildlife Refuges v. Zinke*, Case No. 3:18-cv-00029-TMB
Case 3:18-cv-00029-TMB    Document 3    Filed 01/31/18    Page 2 of 3

# CERTIFICATE OF SERVICE

       I certify that on January 31, 2018, I caused a copy of the NOTICE OF RELATED CASE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

       For the parties who have not yet registered an appearance, a copy was served via USPS First Class Mail:

Ryan Zinke
Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Department of the Interior
1849 C Street, N.W.
Washington DC 20240

U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington DC 20240

Bryan Schroder (via personal delivery)
Office of the U.S. Attorney
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

                                                                     s/K. Strong
                                                                    Katherine Strong

Notice of Related Case                                                                                            Page 3 of 3
*Friends of Alaska National Wildlife Refuges v. Zinke*, Case No. 3:18-cv-00029-TMB
Case 3:18-cv-00029-TMB    Document 3    Filed 01/31/18    Page 3 of 3