# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al | v. | RYAN ZINKE, et al |

LESLEY K. ALLEN, DISTRICT COURT EXECUTIVE/CLERK OF COURT

DEPUTY CLERK  
Robin Carter

Case Number: 3:18-cv-00029-TMB

PROCEEDINGS: **CLERK'S NOTICE**  DATE: 6/4/2018

## CLERK'S NOTICE OF FILING

The Agency Record was filed in District Court on June 1, 2018 .

Pursuant to D.Ak LR 16.3, time for filing plaintiff's, defendant's and reply briefs for consideration by this court is thirty (30) days, thirty (30) days, and fourteen (14) days, respectively.