DAVENÉ D. WALKER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044–7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, | |
| | CASE NO. 3:18-cv-00029-SLG |
| Plaintiffs, | |
| v. | |
| | **FEDERAL DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| DAVID BERNHARDT, *et al.*, | |
| Federal Defendants, | |
| and | |
| KING COVE CORPORATION, *et al.*, | |
| Intervenor-Defendants. | |

PLEASE TAKE NOTICE that Federal Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, the United States Department of the Interior, and the United States Fish and Wildlife Service hereby appeal to the United States Court of Appeals for the Ninth Circuit the following orders from this Court:

1. March 29, 2019 Order Granting Summary Judgment (ECF No. 82) and
2. March 29, 2019 Judgment (ECF No. 83).

Respectfully submitted, this 24th day of May, 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Davené D. Walker*
DAVENÉ D. WALKER
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 353-9213
Facsimile:  (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1373
Facsimile:  (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 24, 2019, a copy of the foregoing *Federal Defendants' Notice of Appeal to the United States Court of Appeals for the Ninth Circuit* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Davené D. Walker*
Davené D. Walker, Trial Attorney
U.S. Department of Justice