DAVENÉ D. WALKER
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044–7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, | |
| Plaintiffs, | CASE NO. 3:18-cv-00029-SLG |
| v. | |
| DAVID BERNHARDT, *et al.*, | **FEDERAL DEFENDANTS' REPRESENTATION STATEMENT** |
| Federal Defendants, | |
| and | |
| KING COVE CORPORATION, *et al.*, | |
| Intervenor-Defendants. | |

Pursuant to Federal Rule of Appellate Procedure 3-2(b), the following identifies all parties to the action and the names, addresses, and telephone numbers of their respective counsel.

Counsel for Plaintiffs Friends of Alaska National Wildlife Refuges, The Wilderness Society, National Audubon Society, Wilderness Watch, Center for Biological Diversity, Defenders of Wildlife, National Wildlife Refuge Association, Alaska Wilderness League, and Sierra Club are as follows:

> Brook Brisson (AK Bar No. 0905013)
> Bridget Psarianos (AK Bar No. 1705025)
> Katherine Strong (AK Bar No. 1105033)
> Trustees for Alaska
> 1026 W. 4th Ave., Suite 201
> Anchorage, AK 99501
> Phone: (907) 276-4244
> Fax: (907) 276-7110
> bbrisson@trustees.org
> bpsarianos@trustees.org
> kstrong@trustees.org.

Counsel for Federal Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, the United States Department of the Interior, and the United States Fish and Wildlife Service are as follows:

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
> Environment and Natural Resources Division
>
> DAVENÉ D. WALKER
> Trial Attorney
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044-7611
> Telephone: (202) 353-9213
> Facsimile: (202) 305–0506
> davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov.

Counsel for Intervenor-Defendants Agdaagux Tribal Council, City of King Cove, City of Cold Bay, Native Village of Belkofski, King Cove Corporation, and Aleutians East Borough are as follows:

Steven W. Silver (AK. Bar No. 7606089)
Robertson, Monagle, and Eastaugh
1810 Samuel Morse Dr., Suite 202
Reston, VA 20190
Telephone (703) 527-4414
Facsimile (571) 313-1973
ssilver628@aol.com

James F. Clark (AK. Bar No. 6907025)
Law Office of James F. Clark
1109 C. Street
Juneau, AK 99801
Telephone (907) 586-0122
Facsimile (907) 586-1093
jfclarkiii@gmail.com.

Respectfully submitted, on this 24th day of May, 2019.

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment & Natural Resources Division


        */s/ Davené D. Walker*
        DAVENÉ D. WALKER
        Trial Attorney
        United States Department of Justice

Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC  20044-7611
Telephone:  (202) 353-9213
Facsimile:  (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1373
Facsimile:  (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*