Brook Brisson (AK Bar No. 0905013)
Bridget Psarianos (AK Bar No. 1705025)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bbrisson@trustees.org
bpsarianos@trustees.org
kstrong@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> KING COVE CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:18-cv-00029-SLG |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES** (28 U.S.C. § 2412, 16 U.S.C. § 1540(g), FEDERAL RULE OF CIVIL PROCEDURE 54(d)(2), LOCAL CIVIL RULE 54.3)

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, the Endangered Species Act, 16 U.S.C. § 1540(g), Local Civil Rule 54.3, and Federal Rule of Civil Procedure 54(d)(2), Friends of Alaska National Wildlife Refuges, Wilderness Watch, Defenders of Wildlife, The Wilderness Society, Alaska Wilderness League, National Wildlife Refuge Association, and Center for Biological Diversity, represented by Trustees for Alaska (collectively "Friends"), respectfully move the Court to award attorneys' fees and expenses from the Federal Defendants.

Friends seek the following fees and expenses:

    Fees: $89,783

    Expenses: $2,947.63

This motion is based on the memorandum in support of this motion and supporting documents, filed concurrently,[1] as well as any reply filed subsequently.

---

[1] Friends reserve the right to supplement their motion with additional materials in support, as well as supplemental schedules for hours expended on fee recovery. *See, e.g.*, *Singleton v. Apfel*, 231 F.3d 853, 858 (11th Cir. 2000) (permitting supplementation); *Scarborough v. Principi*, 541 U.S. 401 (2004) (substantially complete application satisfies EAJA 30-day requirement). Counsel for Friends have contacted counsel for the Secretary of the U.S. Department of the Interior (Secretary) and the Secretary consents to this approach as reflected in the Joint Motion to Stay Briefing and Submission of Additional Materials for Attorneys' Fees and Expenses, filed concurrently.

Respectfully submitted this 15th day of August, 2019.

                                                          s/ Brook Brisson
                                            Brook Brisson (AK Bar No. 0905013)
                                            Katherine Strong (AK Bar No. 1105033)
                                            Bridget Psarianos (AK Bar No. 1705025)
                                            TRUSTEES FOR ALASKA

                                            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERIVCE**

 I certify that on August 15, 2019, I caused a copy of the PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case, all of whom are registered with the CM/ECF system.

           <u>  s/ Brook Brisson        </u>
           Brook Brisson

*Friends of Alaska National Wildlife Refuges, et al. v. Bernhardt, et al.*
Case No. 3:18-cv-00029-SLG               Page 4 of 4

Case 3:18-cv-00029-SLG   Document 91   Filed 08/15/19   Page 4 of 4