DAVENÉ D. WALKER
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044–7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> KING COVE CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | CASE NO. 3:18-cv-00029-TMB |

# JOINT STATUS REPORT
# REGARDING PARTIES' SETTLEMENT NEGOTIATIONS

Plaintiffs and Federal Defendants submit this joint status report in accordance with the Court's October 22, 2019 Order, requiring an updated status report by December 7. ECF No. 94. The parties have reached a tentative resolution settling Plaintiffs' fees and expenses and need additional time to acquire the necessary approvals. Thus, the Parties propose that the stay be extended through and including January 31, 2020. If the parties finalize a settlement before that time, they will notify the Court.

Respectfully submitted, this 6th day of December, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division


*/s/ Davené D. Walker*
DAVENÉ D. WALKER
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370

Jt. Status Report Re: Parties' Settlement Negotiations
*Friends of Alaska National Wildlife Refuges v. Bernhardt,* Case No. 3:18-cv-00029-TMB          1

Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*


*s/ Bridget Psarianos (by DDW w/consent)*
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Katherine Strong (AK Bar No. 1105033)
Trustees for Alaska
1026 W. 4th Ave., Suite 201
Anchorage, AK 99501

*Attorneys for Plaintiffs*


# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 6, 2019, a copy of the foregoing *Joint Status Report Regarding Parties' Settlement Negotiations* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Davené D. Walker*
Davené D. Walker, Trial Attorney
U.S. Department of Justice

Jt. Status Report Re: Parties' Settlement Negotiations
*Friends of Alaska National Wildlife Refuges v. Bernhardt,* Case No. 3:18-cv-00029-TMB    2

Case 3:18-cv-00029-SLG   Document 98   Filed 12/06/19   Page 3 of 3