DAVENÉ D. WALKER
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044–7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>DAVID BERNHARDT, *et al.*, <br><br>Federal Defendants, <br><br>and <br><br>KING COVE CORPORATION, *et al.*, <br><br>Intervenor-Defendants. | CASE NO. 3:18-cv-00029-SLG |

# JOINT STATUS REPORT
# REGARDING PARTIES' SETTLEMENT NEGOTIATIONS

Plaintiffs and Federal Defendants submit this joint status report in accordance with the Court's February 4, 2019 Order, requiring an updated status report by February 14. The parties have reached a settlement of Plaintiffs' motion seeking attorneys' fees and expenses. Once the payment is made, Plaintiffs will file notice with the Court that their motion for fees, ECF No. 91, is fully resolved.

Respectfully submitted, this 14th day of February, 2020.

PRERAK SHAH
Acting Deputy Assistant Attorney General
Environment and Natural Resources Division

*/s/ Davené D. Walker*
DAVENÉ D. WALKER
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305–0506
davene.walker@usdoj.gov

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202

Jt. Status Report Re: Parties' Settlement Negotiations
*Friends of Alaska National Wildlife Refuges v. Bernhardt,* Case No. 3:18-cv-00029-SLG    1

Case 3:18-cv-00029-SLG   Document 102   Filed 02/14/20   Page 2 of 3

Telephone: (303) 844-1373
Facsimile: (303) 844-1350
rickey.turner@usdoj.gov

*Attorneys for Federal Defendants*


<u>*s/ Bridget Psarianos (by DDW w/consent)*</u>
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Katherine Strong (AK Bar No. 1105033)
Trustees for Alaska
1026 W. 4th Ave., Suite 201
Anchorage, AK 99501

*Attorneys for Plaintiffs*


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 14, 2020, a copy of the foregoing *Joint Status Report Regarding Parties' Settlement Negotiations* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


<u>*/s/ Davené D. Walker*</u>
Davené D. Walker, Trial Attorney
U.S. Department of Justice

Jt. Status Report Re: Parties' Settlement Negotiations
*Friends of Alaska National Wildlife Refuges v. Bernhardt,* Case No. 3:18-cv-00029-SLG    2

Case 3:18-cv-00029-SLG   Document 102   Filed 02/14/20   Page 3 of 3