Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA
1026 W. Fourth Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
bbrisson@trustees.org
kstrong@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants, <br><br> and <br><br> KING COVE CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:18-cv-00029-SLG |

**PLAINTIFFS' NOTICE OF RESOLUTION OF MOTION FOR ATTORNEYS' FEES AND EXPENSES** (28 U.S.C. § 2412, 16 U.S.C. § 1540(g), FEDERAL RULE OF CIVIL PROCEDURE 54(d)(2), LOCAL CIVIL RULE 54.3)

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, the Endangered Species Act, 16 U.S.C. § 1540(g), Local Civil Rule 54.3, and Federal Rule of Civil Procedure 54(d)(2), Friends of Alaska National Wildlife Refuges, Wilderness Watch, Defenders of Wildlife, The Wilderness Society, Alaska Wilderness League, National Wildlife Refuge Association, and Center for Biological Diversity, represented by Trustees for Alaska (collectively "Friends"), respectfully notify the Court that Federal Defendants have completed payment of attorneys' fees and expenses. Friends' motion for fees, ECF No. 91, is fully resolved.

Respectfully submitted this 24th day of February, 2020.

    s/ Bridget Psarianos
Bridget Psarianos (AK Bar No. 1705025)
Brook Brisson (AK Bar No. 0905013)
Katherine Strong (AK Bar No. 1105033)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

Notice of Resolution Re: Mot. for Attorneys' Fees and Expenses
*Friends of Alaska National Wildlife Refuges, et al. v. Bernhardt, et al.*
Case No. 3:18-cv-00029-SLG      Page 2 of 3

Case 3:18-cv-00029-SLG Document 104 Filed 02/24/20 Page 2 of 3

**CERTIFICATE OF SERIVCE**

     I certify that on February 24, 2020, I caused a copy of the PLAINTIFFS' NOTICE OF RESOLUTION OF MOTION FOR ATTORNEYS' FEES AND EXPENSES to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case, all of whom are registered with the CM/ECF system.

                                                   s/ Bridget Psarianos
                                                 Bridget Psarianos

Notice of Resolution Re: Mot. for Attorneys' Fees and Expenses
*Friends of Alaska National Wildlife Refuges, et al. v. Bernhardt, et al.*
Case No. 3:18-cv-00029-SLG                                                                    Page 3 of 3

Case 3:18-cv-00029-SLG   Document 104   Filed 02/24/20   Page 3 of 3